JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ATHANASIOS TATSIS, et al.,<br><br>　　　　　Defendants. | Case No. SA CV 20-1381 FMO (ADSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge